# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>CHAO HUI TAN and THE ESTATE OF ALVIN JOW, Through Its Administrators JON BUCHWALD AND SHEILA BUCHWALD,<br><br>     Defendants. | Case No.: 3:20-cv-01080 MMC<br><br>[~~PROPOSED~~] ORDER ON PROTECTIVE LIFE INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT |

On July 30, 2020, Interpleader Plaintiff Protective Life Insurance Company ("Protective") filed a Motion for Default Judgment against Interpleader Defendant Chao Hui Tan. No opposition has been filed. ^ Having reviewed Protective's Motion, the authorities cited therein, and the record in the case,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1) Judgment be entered in favor of defendants Jon and Sheila Buchwald, as co-executors of the estate of Alvin Jow (the "Estate"), and against Chao Hui Tan;

2) Protective pay the Policy benefit of approximately $100,000.00 plus interest, less attorneys' fees, to the Estate;

3) Protective is awarded attorneys' fees of $15,000.00 to be deducted from the Policy benefit;

4) Protective is discharged from liability from the claims regarding the benefits of Policy No. B00765334;

5) Protective is dismissed from this action; and

6) Interpleader Defendants Chao Hui Tan, and Jon Buchwald and Sheila Buchwald, as co-executors of the estate of Alvin Jow, are permanently enjoined and restrained from instituting against Protective any suit, action, or proceeding, administrative or otherwise, related to their claims to the subject benefits of Policy No. B00765334, or this interpleader action.

Dated: August 17, 2020

*[Signature]*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE